PETER STASTNEY, Respondent, *v.* THE SECOND AVENUE RAILROAD COMPANY, Appellant.

(Argued March 22, 1893 ; decided April 11, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 2, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Jason Hinman* for appellant.

*Albert S. Warner* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.

---

DAVID J. BOEHM, Respondent, *v.* GEORGE P. LIES et al., Appellants.

(Argued March 23, 1893 ; decided April 11, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 14, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Morris S. Wise* for appellants.

*John Brooks Leavitt* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.